[No. 29361-1-III.  Division Three.  July 7, 2011.]

ROBERT J. FISCHER, *Appellant*, v. THE CITY OF ROSLYN, *Respondent*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 08-2-00557-0, Scott R. Sparks, J., entered September 3, 2010. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Korsmo, JJ.

[No. 29440-4-III.  Division Three.  July 7, 2011.]

LOREN E. GRIFFITH, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 10-2-01554-4, Harold D. Clarke III, J., entered September 24, 2010. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Siddoway, J. Now published at 163 Wn. App. 1.

[No. 61776-1-I.  Division One.  July 11, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. CHAD A. PIERCE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-06490-7, George T. Mattson, J., entered June 2, 2008. *Reversed* and *remanded* by unpublished opinion per Ellington, J., concurred in by Leach, A.C.J., and Cox, J.

[Nos. 63913-7-I; 65211-7-I.  Division One.  July 11, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. OMAR ALI NORMAN, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 07-1-07014-8, Regina S. Cahan, J., entered July 24, 2009. *Affirmed* by unpublished opinion per Lau, J., concurred in by Ellington and Schindler, JJ.